





/2



/3

















































ASSESSMENT OF LAGGING SKILLS & UNSOLVED PROBLEMS

Collaborative & Proactive Solution

CHILD'S NAME _____

THIS IS HOW PROBLEMS GET SOL

DATE _____

The ALSUP is inter... ... ...discussion guide rather than as a freestanding check-list or rating scale. It should be used to identify
specific lagging

This section wi...

Printed in the United States of America.

... countries

... other countries

... reproduced or transmitted in any form or by any
..., including photocopy, recording, or any information storage and
... permission in writing from the copyright owner.
Pearson, the PSI logo, PsychCorp, and KTEA are trademarks in the U.S. and/or its affiliate(s).
of Pearson Education, Inc. or its affiliate(s).

Copyright © 2014
Pearson Executi...
800.627.7271, w

Warning: No part o...
means, electronic or m...

Psychoducation is an

800.627.7271.

Kpins = 760

Carisoprodal = 815

tapentadol = 310

Farma = 8

GBL = 14

Diazepam/val. = 1503 − 50

Zolpidem/amb. = 989

Viagra = 100

Modafresh = 250

1mg Alprazolam = 975

Lorazepam/Ativ = 130 − 10

Naloxone Bup. patch = 2

Pregabalin = 360

124

128





/30





192





