**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**v.**

**Case Number 2:25-cr-164(3)**
**Judge Edmund A. Sargus, Jr.**

**JENNIFER BLAKE,**
**Defendant.**

# Change of Plea
# Thursday, April 23, 2026
# before Judge Edmund A. Sargus, Jr.

For Plaintiff: Kevin Kelley
For Defendant: Brian Rigg
Court Reporter: Crystal Hatchett
Courtroom Deputy: Christin Werner

The defendant changed plea to guilty to count one of the Indictment.
PSI Ordered.