**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **United States of America,** | : | |
| **Plaintiff,** | : | **Case No. 2:25-CR-00164-003** |
| **v.** | : | **Judge Edmund A. Sargus, Jr.** |
| **Jennifer Blake,** | : | |
| **Defendant.** | : | |

## DEFENDANT'S SENTENCING MEMORANDUM ADDENDUM

Now comes Defendant, through counsel, and requests the Court to consider the following exhibits that were unable to be attached to the Sentencing Memorandum filed August 24th, 2026 due to necessary redactions.

Respectfully Submitted,

/s/ Brian J. Rigg
Brian J. Rigg (#0038805)
720 S. High St.
Columbus, Ohio 43206
(614) 425-0170
brigg@breezelineohio.net
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2026, I electronically filled the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jennifer Rausch
Assistant United States Attorney
303 Marconi Boulevard
Suite 200
Columbus, Ohio 43215
(614) 469-5715

/s/ Brian J. Rigg
Brian J. Rigg (0038805)

DEFENDANT'S EXHIBIT 1

Dear Honorable Judge Edmund Sargus,

My name is Jennifer Blake. I write this letter with remorse and acceptance of responsibility for my actions. I recognize that I alone made the decisions that brought me before this Court. While I experienced significant personal and medical hardships, those circumstances do not excuse the choices I made. I deeply regret my conduct and the harm it caused.

I was raised by a single mother who instilled in me resilience, independence, and perseverance. Those qualities helped me overcome many obstacles, but they also taught me to carry my burdens alone instead of asking for help.

At age 27, I survived a life-threatening cardiac emergency that left me with lasting medical trauma. A short time later, my mother was diagnosed with aggressive leukemia. Following her bone marrow transplant, she suffered a traumatic brain injury and multiple strokes. My siblings and I ultimately made the heartbreaking decision to withdraw life support, and we remained at her bedside until she passed away. Although I continued pursuing my education and career, I never truly addressed the trauma of those experiences.

I devoted myself to helping others, earning my graduate degree in school psychology and working with students in K-12 education- I found my purpose in advocating for students with disabilities.

In 2024, I faced another series of devastating medical diagnoses, including a second aortic aneurysm and a brain tumor. My life became consumed by medical appointments, uncertainty, and overwhelming financial stress as I prepared for the possibility of both open-heart surgery and brain surgery. Instead of relying on the people who cared about me, I isolated myself and allowed fear and hopelessness to distort my perspective.

During that time, I confided in a close friend about the struggles I was facing. Looking back, those conversations played a role in influencing my thinking, but the decision to become involved in criminal activity was ultimately mine. I take full responsibility for that choice and the consequences that followed. It was a serious mistake, and I have no one to blame but myself.

I understand the harm my actions caused. I betrayed the trust of my family, my friends, my colleagues, my students, and the community I served. I also became part of the cycle of addiction that has devastated countless individuals and families. Having personally witnessed the destruction addiction can cause within families, I should have known better. I am deeply ashamed that I became part of that harm.

Since my incarceration, I have dedicated myself to understanding the patterns of thinking and behavior that led me to this point. I have completed self-paced coursework

focused on compulsive behavior and anxiety, participated in group trauma recovery programming, and worked to strengthen my moral compass through spiritual growth and reflection. I also earned an Associate Certificate in Trade Skills. These experiences have challenged me to confront my shortcomings honestly and have given me healthier ways to respond to adversity.

I have learned that real strength comes from asking for help, accepting accountability, and making different choices when faced with uncertainty. I remain committed to my mental health, my medical care, and rebuilding my life with honesty, integrity, and service.

If given the opportunity, I hope to continue my education by pursuing a Ph.D. in neuropsychology, with research focused on ADHD, addiction, and recidivism. I hope to use both my education and the lessons I have learned through my own experiences to support and guide others who find themselves in moments of hopelessness, offering the understanding and encouragement that can help them see a path forward.

I also continue to face significant medical challenges, including another open-heart surgery and the possibility of future brain surgery. Whatever lies ahead, I am committed to facing those challenges responsibly, supported by my family and friends and guided by the lessons I have learned.

Your Honor, I stand before the Court humbled, deeply remorseful, and fully accountable for my actions. I respectfully ask for your mercy as you determine my sentence. I am committed to living a life that honors the trust others place in me and reflects the values I once lost sight of.

Thank you for your time and consideration.

Respectfully,

Jennifer Blake

DEFENDANT'S EXHIBIT 2

11 June 2026

Attn: Jim Crates
Mitigation Specialist
[redacted]

RE: Jennifer Blake

To The Honorable Judge Edward Sargus:

My name is Kathy Grewe, MD, FACC. I am a retired interventional cardiologist who practiced for decades in the Portland, Oregon region. Although I retired in September 2019, I have remained active in continuing medical education. I am writing to provide context regarding Jennifer Blake's cardiac condition based on my review of medical records and multiple conversations with her regarding her treatment options. I am not her treating physician, but I have offered informal guidance to help her access appropriate care.

Jennifer Blake has a dilated aortic root, which is the portion of the aorta immediately above the aortic valve. This condition can lead to separation of the valve leaflets, causing aortic regurgitation, in which blood flows backward into the left ventricle rather than forward through the circulation. Over time, this can cause the heart to enlarge, weaken, and eventually develop heart failure or rhythm disturbances. Although medications may help manage symptoms or slow progression, they do not correct the underlying problem. Definitive treatment is surgical.

In the spring of 2024, I was asked to review Ms. Blake's medical records. Debbie Miller, a longtime family friend and former colleague of Ms. Blake, connected us. Ms. Blake and I spoke by phone several times, and she provided copies of test results for my review. Based on the information available to me, she clearly required open-heart surgery. Because of the complexity of her ascending aortic anatomy, I believed that her care required a highly skilled surgeon, and I helped connect her with an excellent specialist.

Her treatment was delayed by two significant factors. First, the surgeon I recommended was not initially covered by her insurance plan. Second, she had a cerebral abnormality that was not immediately well characterized, with differing opinions as to whether it represented a tumor or a cyst. This understandably complicated the decision-making process, as neurosurgical and cardiac concerns had to be carefully weighed before proceeding with elective surgery. During this period, Ms. Blake and I remained in communication for approximately 15 months.

At some point during 2024–2025, Ms. Blake was able to obtain insurance coverage that would allow her to see the cardiac surgeon. In addition, the cerebral abnormality had decreased in size and was no longer considered highly concerning. Her surgery was tentatively planned for the fall of 2025.

I later learned that Ms. Blake had been incarcerated and that the surgery had not proceeded as expected. I have not had contact with her since that time. However, regardless of the criminal charges, her underlying cardiac condition remains serious and unresolved.

Ms. Blake continues to need open-heart surgery. Her aortic root may continue to enlarge over time, and once the diameter reaches a critical threshold, there is increased risk of aortic rupture or dissection, both of which are life-threatening surgical emergencies. I am concerned about whether she is receiving the level of cardiac monitoring and follow-up that this condition requires while in custody. Two years have passed since I first became aware of her condition, and I do not know whether interval imaging has been performed to assess progression. Because accurate comparison over time is important, repeat imaging is ideally performed consistently and interpreted carefully.

I hope this information is helpful to the Court.

Thank you for your consideration of Jennifer Blake's health needs and the seriousness of her condition.

Sincerely yours,

Kathy Grewe, MD, FACC

[redacted]

DEFENDANT'S EXHIBIT 3

Attn: Jim Crates
Mitigation Specialist
[redacted]

June 1, 2026

Dear Honorable Judge Edmund Sargus,

My name is Debbie Miller, and I am a friend and work colleague of Jennifer Blake. I first met Jenn back in 2022 when she was assigned to my building at Twin Oaks Elementary School as our School Psychologist. We shared an office over the next 3 years, where I was serving in the Counselor position. Rather quickly, Jenn and I clicked, and we became good friends. It so happens that she is only one month apart in age from one of my daughters, and I immediately began to think of Jenn as another daughter.

I learned through many conversations most of her recent life story. She had moved to Eugene, OR from Las Vegas. Prior to her School Psychology degree, she had worked with animals in bio-medical research. She was divorced, and now in a newer relationship. It didn't take long for the more surfacey conversations to become deeper ones. We talked about her health issues, especially her heart condition that was being closely monitored. I learned that sometime in the near future she would need another surgery to prolong her life.

In a rather short period of time, I also found out that Jenn battled with ADHD, PTSD and Anxiety. I heard the story of her mother's death, and how traumatic the experience was - a prolonged battle with cancer, followed by a serious brain injury, leading to a coma, and her death. I learned that Jennifer had never met her father, and in fact, his identity had been kept a secret from her. I learned that she was very close with her sister, Lisa, in California, but that her connections to her other half-siblings were not as strong.

Because of her heart condition, she was not allowed to take some of the more effective medications out there to help her manage her mental health. I witnessed just how difficult it was for her to manage her anxiety when she went through a stressful breakup. She perseverated on every little detail to the point of becoming irrational and very stuck in a cycle of repeated negative self-talk. To her credit, she persevered, and was able to finally move through it. When she met Mandy, and they eventually fell in love, I was overjoyed.

Over our 3 ½ years together working with elementary school children, I learned that Jennifer was a thoughtful, kind, intelligent, warm person. I watched her blossom into a very competent, hard-working School Psychologist, one who genuinely cared about the students she worked with. I saw her advocate for kids at IEP and 504 meetings. I witnessed her great work, day-in-and-day-out. I came to admire her work ethic. Her care and professionalism with students, staff and families was exemplary. I never wondered if she would drop the ball, or not complete her assigned tasks. In fact, I often looked to her for advice and support when it came

to some of my more challenging students. She was always insightful and analytical in her responses. Jenn was in fact very gifted in her field.

Just as life was going her way, and not too long after she and Mandy got engaged, out of nowhere, another blow happened. In a routine scan of her brain, after a trip to the hospital with a migraine, they discovered what might be a tumor located in a very hard-to-reach place in her brain. The news was frightening and especially alarming because the specialists couldn't really say what it was.

About two weeks before Christmas of 2024, I watched and listened in my office to the video call with the brain surgeon telling Jenn that it could in fact be cancer, and that he wanted to get in there and take it out. He then proceeded to describe the craniotomy procedure in detail, emphasizing the fact she might not even survive the surgery. We both sat in stunned silence as the doctor said, "unless you have any more questions for me, I am going on vacation for the holidays, and we can catch up in January." He literally dropped a bomb in her lap, and then hung up the phone.

I share this story with you, because I believe it is relevant to the case. I am certain that Jenn's mental health was completely derailed to the point of despair and desperation after that video call. I think that she spun out, and lost all sense of reason that day, and that her befuddled mind was the contributing factor in her decision to get involved in criminal activity. After that call, she shared with me that she was beginning to think her life would be very short; and that the results of brain surgery, if she survived, would be life-altering. She feared that she would not be the same person ever again. She remembered her mom's agonizing last weeks, and she feared the worst.

Jenn was also worried about how she was going to pay for brain surgery and heart surgery; because at that time, at least one of the surgeons was out of her health insurance network. With support from Mandy, somehow she managed to stay sane through the holidays. I believe that's when wedding plans got moved up, so that Jenn knew that her wife would have power-of-attorney, and the ability to manage health care decisions for her after brain surgery. In May of 2025, Mandy and Jenn married. I was not able to attend the wedding, but was incredibly happy for them both. Over the summer we connected a few times. Jenn's future was still hanging in the balance with more questions than answers as to how to proceed with her two major health conditions.

To say that I was shocked and devastated by the news of Jenn and Mandy's arrests would be an understatement. I was completely blindsided, as were all of her friends and family members. The behavior was so out of character from the person I know and love, that it defies explanation. I immediately questioned whether Jenn was an imposter, who had been fooling me all this time. However, after many conversations with her sister, and other close friends, I came to believe that this huge life mistake was in fact an anomaly.

In her last several months in jail, I have maintained regular weekly video calls with Jenn. She has shared with me her hopes for the future, knowing that it will be a difficult road, but one that she can manage with the support of her friends and family. I will continue to support her, wherever she lands, and will not give up on her. Your honor, if anyone has the potential to be completely rehabilitated and become a productive member of society again, it is Jennifer Blake. I believe that the likelihood of her re-offending is zero. At her core, she is an insightful, hardworking, caring person.

Thank you for listening, and considering my perspective as you move forward with sentencing. I've included a photo of Jenn, Mandy and me during happier times.

Sincerely,

Debbie Miller, MS, MAT

[redacted]



DEFENDANT'S
EXHIBIT
4

June 2, 2026

Honorable Judge Edmund Sargus
C/O James Crates, Mitigation Specialist
[redacted]

Re: Character Reference for Jennifer Blake

Dear Honorable Judge Edmund Sargus:

My name is Lisa Blake, and I am a Chief Administrative Officer at the University of California, Davis in the Department of Plant Biology where I have been employed since 1996. I am Jennifer's sister and I am writing to provide the Court with my perspective on Jennifer's character, life experiences, and the person I know beyond the circumstances that bring her before the Court today.

Jennifer is the youngest of five siblings. Growing up, she never knew her father, in fact the information was kept from her even when she asked, and often struggled with feelings of exclusion and not fully belonging in a blended family where her siblings had relationships with their father that she was unable to experience. Despite these challenges, she developed into a compassionate, intelligent, and caring person who has always valued family, education, and helping others.

Throughout her adult life, Jennifer has faced extraordinary medical challenges. In February 2014, she survived a life-threatening cardiac emergency that required open-heart surgery. However, her health struggles did not end there. She continues to live with a congenital heart defect that will require another open-heart surgery in the future. Living with the knowledge that she faces ongoing medical uncertainty, and additional major surgery has weighed heavily on her for many years. I have personally witnessed the anxiety and fear that accompanied living with the possibility that her heart condition could worsen or become life-threatening.

Jennifer has also struggled with ADHD and anxiety. Because of her underlying heart condition, many medications commonly used to treat these conditions have not been appropriate treatment options for her. As a result, she has often had to manage significant anxiety while having fewer treatment options available to her than many others.

In early 2016, our family experienced one of the most traumatic periods of our lives. Our mother, who had already undergone chemotherapy and stem cell transplants in her battle

against acute myeloid leukemia (AML), suffered a devastating fall that caused a catastrophic brain bleed. She fell into a coma and later awoke with severe neurological impairments. We then watched her endure additional strokes, pneumonia, and a prolonged decline before our family ultimately had to make the heartbreaking decision to discontinue life-sustaining treatment. Jennifer was present throughout this ordeal and was there when our mother passed away.

Witnessing our mother's suffering and death had a profound impact on Jennifer. From my perspective, she never fully recovered emotionally from that trauma. The experience left lasting emotional scars and contributed to significant anxiety and symptoms consistent with post-traumatic stress. Watching our mother endure such severe neurological complications was devastating for all of us, but particularly so for Jennifer.

Then, in 2025, Jennifer faced another frightening medical crisis when doctors discovered a brain lesion that raised concerns about possible brain cancer and the need for a potentially life-threatening craniotomy. During this period, she was forced to confront the possibility of a devastating diagnosis while already carrying the burden of her existing health concerns.

The situation was made even more stressful by significant financial uncertainty. The neurosurgeon she needed to consult regarding her condition was not covered by her insurance plan, creating concerns about how she would afford the medical care she might require. At the same time, Jennifer was deeply worried about her ability to continue supporting herself and her wife if she underwent major brain surgery and faced a lengthy recovery. I remember how overwhelmed she felt by the possibility of serious illness, mounting medical expenses, and the fear that she might not be able to provide for the people she loved.

What has always impressed me most about Jennifer is her determination and perseverance despite these obstacles. She worked her way through college and earned her Bachelor's degree from UC Davis. Her accomplishments and leadership were recognized when she was selected to deliver the commencement speech at her graduation, an honor that reflected both her academic success and the respect she earned from her peers and faculty.

Jennifer has dedicated much of her professional life to caring for others. She began her career working with animals at the UC Davis Primate Center and later at the Texas Biomedical Research Institute. Those who know Jennifer understand that she has always possessed a deep compassion for animals and took great pride in providing for their care and well-being.

Eventually, Jennifer chose a career path that would allow her to make a direct impact on the lives of children. She attended the University of Nevada, Las Vegas, where she earned her Educational Specialist (Ed.S.) degree and became a school psychologist. She has since worked as a school psychologist in Oregon, where she has devoted herself to supporting children and their families.

Jennifer often refers to the students she serves as "her kiddos." This simple phrase reflects how deeply she cares about them. She speaks frequently about helping children overcome challenges, build confidence, and succeed both academically and emotionally. For Jennifer, her profession has never been just a job. It has been a calling and an opportunity to make a meaningful difference in the lives of vulnerable children.

When I reflect on Jennifer's life, I see someone who has carried an extraordinary number of burdens while continuing to move forward. She has lived with a serious congenital heart condition, the prospect of future open-heart surgery, ADHD and anxiety with limited treatment options, concerns about a possible brain cancer diagnosis, financial stress related to medical care, and the devastating trauma of witnessing our mother's prolonged suffering and death. Despite these hardships, she pursued higher education, built a meaningful career, and dedicated her life to caring for animals and helping children.

I am not writing to minimize the seriousness of the matter before the Court, nor am I attempting to excuse Jennifer's actions. Rather, I hope to provide a fuller picture of the person she is. Jennifer is a loving sister, a devoted wife, a compassionate professional, and someone who has spent much of her life helping others despite facing significant challenges of her own.

When I think of Jennifer, I do not define her by the offense before the Court. I think of a woman who overcame a difficult childhood, persevered through serious medical challenges, survived profound personal loss, achieved academic success through hard work and determination, and devoted her career to serving others. I believe she has the capacity for continued growth, rehabilitation, and positive contributions to society.

I respectfully ask the Court to consider Jennifer's entire life story, the significant hardships she has endured, the positive impact she has had on others, and the many qualities that reflect her true character as it determines an appropriate sentence.

Thank you for your time, consideration, and service.

Respectfully submitted,

*Lisa Blake*

Lisa Blake

[redacted]

DEFENDANT'S EXHIBIT 5

4 June 2026

# HONORABLE JUDGE EDMUND SARGUS

C/O JAMES CRATES, MITIGATION SPECIALIST
[redacted]

Thank you truly for taking the time to read this letter

I first met Jenn in the winter of 2016 in the small town of Winters, CA on the first of many dates that led to our relationship over the next 5 years. I was working at my first Air Force duty station as an internist at David Grant Medical Center, the furthest I had ever been from my home in Pennsylvania, and finally feeling steady enough to spend some time exploring a romantic life again. Amid my chaos and nervousness, Jenn was light, joyful, authentically present. We connected instantly and there remains a bond between us that I know, now more than ever, will last through life.

I watched, and like to believe in some ways helped, Jenn come back out of her introvert shell during the first year of our relationship. She left a job of high pay and quite relative ease but little challenge or alignment in her true passion, to a much more stress-filled but rewarding supervisor role of the caretaking team of the research marmoset colony at Texas Biomedical Research Institute in San Antonio, TX. This was a highly sought after role, she had to do a phone interview during our first vacation, and then several days of interviews at the facility itself. It was more work than I had to do for my Infectious Disease Fellowship, which was the whole reason we were even moving to San Antonio at the time. She did not have to work, mind you; she would never imagine being a burden to anyone and wanted to keep growing. I'm still amazed how this opportunity was even available, as she happened to have experience in research animal caretaking while earning her Psychology degree at UC Davis. She even earned the facility a grant for further research in animal behavior after developing a protocol for one of the studies. It was all very serendipitous, but the work was not at all easy. She and I were both working 10-12hr days, taking home call, and covering weekends yet I felt her coping mechanisms were much healthier than mine. She was able to remain unattached to the emotions of frustration that arise when being constantly tasked and I learned patience from watching how she would handle many calls at home. This is on top of the emotional coaching Jenn was providing to her team members, who's prior leadership had to be pushed out of tenure due to the incoherence created by their lack of leadership. Jenn's team loved her, even those least wanting to make changes in the beginning, and by the end of her 2 years there she left with strong friendships that remain to this day. I was humbled by this, seeing where I was not living with such an open heart at work, keeping more to myself and not letting anyone so close,

[redacted]

or judging too harshly. I admired her ability to stay soft while remarkably strong, and this is something she's starting to see more in herself now.

The other side to this high performance and deep empathy however is a high level of anxiety related to the fear of failing. Jenn is a protector and she feels most responsibility towards those she loves. Her medical history plays a large role in this, the fear of becoming unable to work or support her family or losing health insurance when she knows she needs another open heart surgery to replace her bicuspid valve. Ultimately the fear of dying, of leaving those she loves in a position where they would suffer. Jenn and I share a natural curiosity of understanding why a person does something, particularly things we would not seemingly ever wish to pursue in our own lives. The crime Jenn committed is not a pattern. She is not a greedy person, she values basic comforts and a good quality of living but we shopped at Walmart unironically and drove Hondas. Jenn has said, and it's obvious to me from knowing her, that this decision to sell illicit substances arose from her desire to secure enough financial support for her family to live well, particularly if a health crisis were to occur as she constantly feared it would. She knows it is not an excuse; she takes full ownership of the decision and is actively learning from this entire process what she truly values and how to trust herself fully to meet all life brings rather than living in fear.

We have talked weekly since January and our conversations usually last 1.5hrs. We were not talking nearly so often since ending our partnership, but we did discuss some health concerns she was having in the year prior. She had so much anxiety during that time, but I did not understand fully how much stress she was loading onto herself. When I heard the news of her incarceration I was devastated and will never forget our first conversation. We were both so sad and afraid, her voice shook all throughout and she would frequently cry, we both would. I remember her saying how cold it was and it broke my heart because there was no hope in her voice. I cannot share how happy it has made me to watch each week as she becomes more her true self again. She has shed so much grief, so much pain, sadness and fear she carried her whole life. She has shared how much she's noticed this change too and although many emotions are obviously present with this situation, she does strongly identify gratitude as one.

I have no doubts that Jenn will go on to do wonderful, meaningful and highly beneficial work in this life. It's her truest nature at its core, and I can see a clear vision of her weaving in a new focus of restorative justice to her vast backgrourd as it stands and bringing her attention back to home rather than worrying about the future. Home is always where she wanted to be, it is where her heart feels happiest. She knows this now more than ever and while the being away part is difficult, she recognizes how amazingly good it will feel when she does return to her life. She no longer fears living it.

IN GRATITUDE,

SHANNON MCCARTHY

DEFENDANT'S EXHIBIT 6

Dear Honorable Judge Edmund Sargus,

My name is Jessica Saites. I am an Oncology Registered Nurse working at the University of California Davis Medical Center in Sacramento California. Jennifer Blake is one of my best friends who I have known for 25 years. I met Jennifer on our first day of high school and never looked back. I hold our relationship very close as we have both been there for each other for most of our ups and downs in life. I say most because I was unaware of the crimes committed by Jennifer. I am taking the time to write this letter because I know Jennifer has struggled with her health conditions and family dynamics throughout her life. I don't believe I would be a good friend if I chose not to write this letter. Ultimately, I want nothing more than to support her throughout this whole process.

I want to take this time to talk about Jennifer Blake as a person and how I believe her upbringing and family dynamic shaped her as a person. Jennifer was the youngest of 5 children with her oldest sibling being significantly older than her. With that, Jennifer was the only one of her siblings who never knew who her father was. We are from a small town, and her mom had an affair with someone in town. Sadly, her mother went to her grave with never telling Jennfier who her father was. I know this really affected her growing up and into her adulthood, and due to the large age gap between herself and her siblings she carried that with her and therefore didn't want people to feel left out or not heard. She stuck by me through some very hard times and has always been someone who I can confide in, even now when she is incarcerated. I can say confidently that she has been that person for many people in her life. She even dedicated her career to helping children who are often left behind, acting as their voice when they needed it most.

I vividly remember the day Jennifer almost died; it was Valentines Day. It was then that she found out she had a bad heart and that she would have to have at least one more if not 2 more open heart surgeries. She has expressed many times that she lives with the looming fear that she could die at any moment. It's hard to truly understand what that is like so all I could do is be there for her. Fast forward to a couple of years ago when she found out that she also had a brain tumor. Even in all that she never stopped being a safe space for the people in her life in addition to taking on a difficult career. She has gone out of her way to help her family and friends whenever she could. I will say no one is perfect, as I'm sure you know, but I can say confidently that Jennifer is a good person.

When I found out the crimes Jennfier committed, I racked my brain for days going over all the reasons why she would ever choose the choices she did. The only logical explanation I could come up with was her health conditions. She had talked with me on multiple occasions about the possibilities and outcomes of her brain tumor and how they were already affecting her life, physically, emotionally, and financially. It wasn't until I spoke with her after her arrest that we discussed everything, and she confirmed the reasoning I had come up with myself. I know she didn't come by the decisions to commit the crimes she committed lightly. She is a simple person who lives simply. Money was not ever a motivator for her. I'm not at all endorsing her decisions in this matter. I do know Jennifer though and I know she is remorseful and regrets her decisions deeply. I know that she would not ever do what she did again and learned her lesson.

I leave you with this, Jennifer is the kind of person you want in your corner and the decisions she made do not reflect the person she is. I know that if you allow her the opportunity to prove herself, she will not disappoint you. Thank you kindly for taking the time to read my letter and that it gives you a sense of the kindhearted person she is.

Sincerely,

Jessica Saites

DEFENDANT'S EXHIBIT 7

June 3, 2026

Honorable Judge Edmund Sargus,

My name is Breeya Gottwald, and I am an occupational therapist employed by the Eugene 4J School District. I am writing this letter on behalf of my dear friend, Jenn Blake, with whom I have had the pleasure of working alongside and building a meaningful friendship since August of 2022. I respectfully ask that you consider this letter as a testament to Jenn's character, her dedication to others, and the profound impact she has had on those fortunate enough to know her.

Jenn and I began our relationship as office mates and colleagues on the special education team. From the very start, I witnessed firsthand just how extraordinary she is in her work. Jenn advocated tirelessly for our students and their families, harder than most. She offered families a compassionate ear and unwavering support, consistently directing them toward community resources and services that genuinely improved their lives. She did not simply perform her job duties; she poured herself into the well-being of every student and family she served.

What is perhaps most remarkable about Jenn is the resilience she demonstrated in the face of serious personal health challenges. Jenn lives with a heart condition that requires ongoing monitoring and surgery, and she was also diagnosed with a brain tumor. Despite these significant medical burdens, she continued to show up for her students with the same warmth, professionalism, and dedication as always. Her commitment never wavered. She is the kind of person who puts others first, even when she herself is carrying an immense weight.

Beyond the professional realm, Jenn has become a trusted and cherished friend. She is someone I turn to in difficult times, a person who listens deeply, speaks truthfully, and always helps me find my footing again. When I struggled, Jenn reminded me of my strengths. She gave me good advice and had a way of making even the hardest days feel a little more manageable. I always looked forward to coming to work, knowing I would see her. That kind of presence is rare and truly special.

Working in special education demands a strong mind, a kind soul, and unwavering determination. Jenn embodies all of these qualities. I could always tell how much she loved her work simply by watching her interact with her students. Students would smile and wave to her in the hallway. She decorated our shared office with items she had thoughtfully chosen specifically for them, small but meaningful gestures that revealed the depth of her care. She was beloved by her teammates, and her positive spirit lifted everyone around her.

I have no doubt that Jenn Blake will continue to be a productive and contributing member of her community. Her character, inner strength, and drive will allow nothing less. In fact, I firmly believe that Jenn will draw on her experiences within the system to offer guidance, empathy, and hope to others who are navigating similar circumstances. That is the kind of person she is, someone who transforms hardship into a means of helping others.

I respectfully urge the Court to consider the whole of who Jenn is, not only the circumstances that bring her before you, but the compassion, integrity, and humanity she has demonstrated throughout her life. Please extend to her the mercy and consideration she has so freely given to others.

Respectfully yours,

Breeya Gottwald, MS, OTR/L
Occupational Therapist
Eugene 4J School District
[redacted]

DEFENDANT'S EXHIBIT 8

Honorable Judge Edmund Sargus
C/O James Crates, Mitigation Specialist
[redacted]

May 30, 2026

Dear Honorable Judge Edmund Sargus,

My name is Sara Morgan, and I am an Associate Clinical Social Worker, accruing hours towards licensure as a Licensed Clinical Social Worker, or LCSW, in California. I am currently working as a Wraparound Facilitator, providing intensive case management to youth struggling with mental health, substance use, and legal involvement. I have also worked as a school social worker in a high school setting and child welfare social worker since earning my MSW in 2020.

I am writing to you today to share my experience of Jennifer Blake and her character, after 12 years of friendship. I met Jennifer during our first quarter at UC Davis in 2014 in our Cognitive Psychology class, both transfers in our later twenties looking for solidarity. We quickly formed a study group with other transfer students and I knew from our first session that she was one of the smartest people I had ever met. No hyperbole. Her ability to process and apply new concepts and retain information was well above what I had encountered previously, and her hunger for knowledge was infectious. We continued to take classes together when we could, and I always knew I was guaranteed to do well in the class with Jennifer to study with.

Jennifer and I have maintained our friendship since then, studying together and graduating together in 2016. I can only hope that it has been brought to your attention that among her many achievements and accolades, Jennifer was a student speaker during our commencement. I was suffering from what I now know was likely my first gallbladder attack at the time, wincing through the ceremony and nibbling on saltines. But when Jennifer addressed the crowd, my body was filled with pride and admiration instead of pain and sickness. Between her ongoing health challenges and losing her mother so close to graduation, Jennifer found a way to stand up and weather the storm, coming out stronger on the other end. Seeing her onstage in the middle of that huge stadium at UC Davis was the recognition she put in for and deserved, and I still brag about it when she comes up in conversation.

And now, the elephant in the room. Something I haven't shared with many people, I struggled with anger for a period of time after Jennifer's arrest. Though it is my trade and innate skill to not judge, I was incredulous when I heard the news. But the vulnerable part, I

was weirdly hurt that I had absolutely no knowledge of ANY of this until the day her sister contacted me about her arrest. I understand now that it was by design. Jennifer is someone who consistently prioritizes others above herself and in lying to me, she was protecting me.

I have attached a photo of Jennifer and me from one of her visits back to California in 2021. We don't see each other nearly often enough, so in a super strange way, this experience has created more opportunity and need for connection through communication apps. It's afforded me the opportunity to support Jennifer as she processes the consequences of her actions and its rippling impact on her life and circle of support. I have full faith that given the opportunity, she will use this experience to help others either through qualitative or quantitative data (she's a research nerd for life). I appreciate your time in reading this long, very wordy letter, and I hope it helps illustrate to you not only the kind of company Jennifer typically keeps, but the kind of person Jennifer shows up as in the world.

Sincerely,

Sara E. Morgan



DEFENDANT'S EXHIBIT 9

Dear Honorable Judge Edmond Sargus,

My name is Alice Williamson. I am the Title One Literacy and Dyslexia Specialist at Chávez Elementary in Eugene, Oregon. I am writing to you on behalf of my colleague, Jennifer Blake, who was the school psychologist at Chávez. Jenn and I worked closely together to ensure all children with learning disabilities got the help that they needed to be successful in school.

Chávez is a high poverty elementary school that receives Title One funding to provide reading interventions for students with academic challenges related to poverty. One of the goals of the Title One program is to ensure that all students leave third grade proficient in reading. If a child's reading difficulties are so severe that they continue to fall further behind despite intensive reading interventions, we suspect that the child may have a learning disability. Jenn was the person that conducted the assessments to help us determine if struggling students had learning disabilities and would need special education services to better meet their needs.

I estimate that over the last several years Jenn has helped over 100 students get the academic and social emotional help they need. She cared very much about the students at Chávez and worked extremely hard to advocate for any student that needed extra support to be successful. She and I worked very closely together in this capacity. Teaching struggling students can be emotionally draining and very stressful, especially if you care deeply about the students as Jenn and I do. It is important to have colleagues that share one's passion for student success. I believe Jenn and I shared that passion and that is what made us friends.

There are many stories that I could tell you about Jenn's passion for helping children. One that I'll never forget is about a child that I worked with for 4 years, from 1st grade to 5th grade. I'll call her "C". In those 4 years C had been in and out of foster care, ending up in her 3rd foster home placement in the middle of 5th grade. I had suspicions of dyslexia, but there were so many other factors outside of school impacting C's learning that it was hard to figure out the root cause of her struggles in school. I brought her case to Jenn and she immediately agreed to do some assessments to help figure out the best way to help her. Jenn spent hours with C, doing academic and cognitive assessments, but also just talking to her and finding out what her experiences and feelings about learning were. Jenn and I had many conversations about C and what the best path forward for her could be. Jenn cared as much as I did about C's academic outcomes and emotional wellbeing so I knew her recommendation to implement a 504 plan rather than special education services would be exactly what C needed.

I miss working with Jenn every day. She is a dedicated advocate for students and shares my passion for helping them all succeed in school.

Sincerely,

Alice Williamson

[redacted]

Chávez Elementary School

[redacted]

DEFENDANT'S EXHIBIT 10

Honorable Judge Edmund Sargus,

I am writing on behalf of Jen Blake to provide a character reference based on my experience working alongside her for the past three years. I am a special education teacher, and during that time I had the privilege of collaborating closely with Jen in her role as a school psychologist.

I have chosen to write this letter because I know Jen to be an exceptionally caring, trustworthy, and dedicated person whose character extends far beyond the circumstances that have brought her before the court. During the years we worked together, I witnessed firsthand her commitment to supporting students, families, and colleagues, often going above and beyond what was required of her position.

Jen was a vital member of our school community. She consistently put students first, especially those experiencing significant academic, behavioral, or emotional challenges. She had a remarkable ability to make students feel safe, heard, and valued. Many students who struggled to trust adults found comfort in her presence because she approached every interaction with patience, empathy, and respect.

One of the qualities I admire most about Jen is her willingness to help others. Whether supporting a student through a crisis, assisting a family in navigating difficult circumstances, or providing guidance to staff members, she always showed compassion and professionalism. She was someone people could rely on during challenging situations. Her calm demeanor and thoughtful approach helped create positive outcomes for countless students and families.

In addition to her professional strengths, Jen demonstrated genuine kindness in her relationships with colleagues. She was collaborative, supportive, and always willing to share her knowledge and expertise. She contributed greatly to our team's ability to meet the needs of students and foster a positive school environment.

While I understand that Jen is facing serious legal matters, I believe the person I have come to know over the past three years is fundamentally compassionate, responsible, and committed to helping others. Based on my experiences with her, the circumstances of this case are inconsistent with the character she demonstrated every day in our school community.

I firmly believe that Jen has much to contribute to society and that her positive impact on the lives of others reflects who she truly is as a person. She has touched the lives of countless students, families, and colleagues through her kindness, dedication, and service. It is my sincere belief that she will continue to be a productive and caring member of the community moving forward.

Thank you for your time and consideration of this letter.

Respectfully,

Kim Konevich

DEFENDANT'S EXHIBIT
11

Dear Honorable Judge Edmund Sargus,

My name is Nicole Patrick. I am a Special Education Assistant at Cesar Chavez Elementary School in Eugene, Oregon. I work with students K-5th grade who have Individualized Education Plans. Many of the students that I support have a high level of behaviors as they are working to learn more healthy methods of communication. I have taught small group instruction in reading, writing, math, and social emotional learning, as well as 1:1 support work. Currently I am placed in the Life Skills program for our most heavily impacted students.

I am writing to you today on behalf off my co-worker and dear friend, Jennifer Blake. My hope is that through these letters of reference, you will be able to learn more about the whole human that Jenn is, and what a light she is to others in her community. I know Jenn to be incredibly caring, compassionate, and selfless. She is always thinking of others before herself. She is genuine and authentic, and doesn't know how to be anything else.

I have been blessed to know and work with Jenn since she came to Chavez in 2022. In our time working together, I have seen firsthand how she pours herself into the students and families that she supports, as well as the staff. I have worked with many school psychologists in the 14 years that I have worked in elementary special education, and never have I seen students gravitate to one like they did with Ms. Jenn. She really took the time to meet kids where they were at, while always maintaining high hopes and expectations for their future. Once she got to know a student and their needs, she became a fierce advocate for them and their families. She worked long and hard, with unwavering dedication, to ensure that all possible supports were in place to help set a student up for success.

One particular case that stands out in my mind is of a placement change that has completely changed a now 6th grader's life. For the sake of the letter, I will call her "A". I worked with and supported A from 3rd through 5th grade. In her 5th grade year, her dad expressed feeling increasingly concerned about his daughter and her needs while moving into middle school. Jenn went above and beyond to gather all of the data that was needed, along with hours of testing, to support the family in advocating for A to gain placement in a specialized school designed to meet the needs of students with Autism. A got accepted into that school. She now comes back occasionally, with her dad, to visit and pick up her brother. She has absolutely flourished at her new school, and her dad has even cried and asked me to please thank everyone, from the bottom of his heart, for everything that was done to help A get there. Jenn was the driving force of that team. That child's life is now forever changed for the better, because of Jenn Blake. This story is just one of many, many cases that I could tell you about, but I will let this one stand as a reflection of that light that I spoke about before. Ms. Jenn was the light during a very dark and scary time for that family, and many, many others.

Not only is Jenn a tireless advocate for students and families, but also such a blessing to her co-workers and friends. No matter what mountains she was up against, including her impending heart surgery and more recent discovery of a brain tumor, she always took the time to listen when someone needed to talk. I regularly would stay and work late enough that few people were left in the building. Often one of those still there with me was Jenn. Filling out

more paperwork, phone calls to support families and ease their worries, and yet she still always had time if I needed to talk. She was never "too busy" or "in a hurry" as so many others are. My oldest child just came out last year, and told me she is transgender. This was a very new world for me to learn to navigate, and there were very few people that I initially felt safe sharing that information with. Jenn was among the first 3 people, outside of immediate family, that I went to. I knew that I could tell her anything, and she would be there for me. Not only has she been a dedicated listener, but she has given me solid advice when my emotions take over. Jenn is a safe space.

As shocked as I was to hear about this crime, and Jenn's part in it, I do not believe that this is in any way a reflection of who Jenn is. This was completely out of character for her. She has never done anything like this before, and I can confidently say that I am certain she never will again. I believe that Jenn acted out of fear due to her medical diagnosis/prognosis and the trauma that it caused. I know that Jenn genuinely believed that she was not going to live after they found the brain tumor. There is not a doubt in my mind that she has learned and grown from this situation. Not only has she reconnected with her faith, but she even chose to have a rebaptism to symbolize that journey, and her hopes for a fresh start.

My belief is that, if given the opportunity, Jenn will take what she has learned during this time within the system and use it to better support others in the future. Jenn has a knack for helping others learn from different situations. My hope is that the court may offer a bit of the same grace that Jenn has always shown others, and allow her to rejoin her community and once again serve from her heart.

Thank you for your consideration.

Nicole Patrick

[redacted]

DEFENDANT'S EXHIBIT 12

Keidri Herring
[redacted]

June 5, 2026

The Honorable Judge Edmund Sargus
C/O James Crates, Mitigation Specialist
[redacted]

Re: Character Reference for Jennifer Blake

Dear Honorable Judge Edmund Sargus,

I am writing this letter in support of Jennifer Blake, whom I have had the privilege of knowing for approximately 19 years as both a friend and colleague through our work at the University of California, Davis Primate Center.

Over the course of nearly two decades, I have witnessed Jennifer's character through both ordinary moments and difficult circumstances. Throughout that time, she has consistently demonstrated kindness, compassion, patience, and a genuine concern for the well-being of others. She is the type of person who naturally invests herself in helping people succeed, often offering encouragement, guidance, and support without expecting anything in return.

One example that has remained with me involved a student employee who aspired to attend veterinary school. After being denied admission multiple times, the student became discouraged and seriously considered abandoning that dream. Jennifer took the time to encourage and reassure the student during a period of disappointment and self-doubt. She reminded the student not to give up and continued to offer support when it was needed most. Two years later, that student was accepted into veterinary school. While the achievement was ultimately the result of the student's perseverance and hard work, I firmly believe that Jennifer's encouragement helped provide the hope and confidence needed to continue pursuing that goal.

Her positive influence also had a profound impact on my own life and career. When I first joined the UC Davis Primate Center, I was overwhelmed by the demands of my role in the Nursery. I lacked experience, worked slowly, and often questioned my abilities. During that challenging period, Jennifer patiently trained and mentored me. She never made me feel inadequate, discouraged, or burdensome. Instead, she remained supportive and invested in my

success, teaching me not only the technical aspects of the job but also the importance of professionalism, integrity, and treating others with respect.

Because of her guidance and belief in me, I developed the confidence and skills necessary to grow professionally. I eventually became a trainer at the Primate Center and later advanced into a supervisory position. To this day, the leadership style I strive to practice is heavily influenced by the example Jennifer set for me years ago. The patience, encouragement, and compassion she demonstrated shaped not only my career but also the way I support and mentor others.

Although Jennifer is younger than I am, I have always admired the maturity, wisdom, and empathy she brings to her relationships and work. Her age has never defined her character. What has always stood out is her willingness to help others, her ability to treat people with dignity and respect, and her sincere desire to see others succeed. Over the years, I have learned a great deal from her example and continue to carry many of those lessons with me today.

Another quality that has deeply impressed me is Jennifer's resilience. During the years I have known her, she has faced significant health challenges related to a serious heart condition. I have witnessed the uncertainty, fear, and physical difficulties that can accompany such circumstances. Yet despite those challenges, she has continued to move forward with courage, determination, and gratitude for life. Rather than allowing her hardships to define her, she has remained focused on living life fully, maintaining meaningful relationships, and making a positive difference in the lives of others. Watching her navigate these struggles has only strengthened my admiration for her character and her determination to continue contributing positively to those around her.

I fully understand and respect the seriousness of the matter before the Court and do not offer this letter to minimize the circumstances that have brought Jennifer before you. Rather, I hope to provide a fuller picture of the person I have known for nearly two decades—a person who has devoted herself to helping others, mentoring those in need of guidance, and making a lasting positive impact on countless lives.

For these reasons, I respectfully ask the Court to consider Jennifer's longstanding history of kindness, service, mentorship, resilience, and positive contributions to others when determining an appropriate sentence.

Thank you for your time, consideration, and thoughtful review of this letter.

Respectfully,
Keidri Herring
Keidri Herring

DEFENDANT'S EXHIBIT 13

Honorable Judge Edmund Sargus

C/O James Crates, Mitigation Specialist

[redacted]

Dear Honorable Judge Edmund Sargus,

I am writing to provide a character reference for Jennifer Blake, who is my best friend's sister, whom I have known for 36 years. I am aware of the charges brought against her and the upcoming court proceedings, and I believe it is important to share my perspective on her character and conduct.

I have had the opportunity to witness Jennifer Blake growing up from the age of 3 years old. Her mother was a single parent and never shared with Jennifer who her father was, no matter how many times Jennifer asked. Jennifer's Mom took this secret with her when she passed away in 2016 at the age of 66.

Jennifer excelled academically from a young age. Through hard work and dedication, she graduated near the top of her class at Dixon High School. Her drive and commitment to excellence continued beyond high school when she was accepted to University of California, Davis, where she earned her bachelor's degree and graduated as valedictorian at the top of her class.

During her time at the University of California, Davis, Jennifer worked in the nursery at the primate center, where she cared for infant monkeys. She later went on to work for the Texas biomedical research institute, continuing her work caring for baby monkeys and laboratory rats. Jennifer found caring for animals to be deeply rewarding and meaningful, which inspired her desire to help children as well. She then attended University of Nevada, Las Vegas, where she earned her Ed.S. degree in School Psychology.

Jennifer has always been dependable and punctual. No matter the occasion; school, work, a family gathering, or even a lunch date; she has consistently shown up exactly when and where she was needed.

I genuinely believe that Jennifer Blake is an ambitious, patient, and compassionate person who made a mistake, and is deeply remorseful. I truly believe that with the right guidance and opportunity, she will be a positive influence on those around her.

Thank you for taking the time to review this character reference letter. Should you require any additional information, please do not hesitate to contact me.

Sincerely,

AnneMarie Raymos

AnneMarie Raymos

[redacted]

DEFENDANT'S EXHIBIT 14

Honorable Judge Edmund Sargus

C/O James Crates, Mitigation Specialist

[redacted]

Honorable Judge Edmund Sargus,

My name is Alex J. Grey, and I am writing on behalf of my friend, Jennifer Blake. Jenn and I met about 10 years ago when we were both working at the Texas Biomedical Research Institute, a private non-profit research center that was dedicated to finding cures to human infectious diseases using primates as its main model, where we were both managers with offices next to each other.

Jenn's compassion to the hundreds of marmoset monkeys under her care was impeccable. She understood the sacrifices they were making and ensured that everyone on her team treats the animals with the utmost care and humane treatment. Jenn was also a stellar manager, showing the team kindness and compassion while also holding everyone accountable for their actions. I was sad when she told me that she was leaving the field of laboratory animal medicine, but I knew her heart was with helping children through mental health struggles. I knew she was going to be a great psychologist one day and make a difference.

We stayed in touch via Facebook, as most people do, until December of 2024 when I underwent emergency open heart surgery. As you may know, Jenn had previously also had open heart surgery, and she reached out to me offering support and understanding of such a life-changing event. In the two hours we spent on the phone, Jenn opened up about her need for yet another open-heart surgery to fix an aortic aneurysm, that was being delayed by what was then thought to be a brain tumor. She talked about her fear of dying, of financial difficulties due to the cost of medical care, and the fear of not being able to support her soon to be wife, Mandy.

Imagine my surprise when I got a message from Jenn's sister, informing me that she had been arrested on drug charges. Luckily for me, I got that information right before a therapy session and I was able to work though my confusion with my therapist. This was not the actions that the Jenn I knew would do and I had to wonder how desperate she must have felt in life to do something like this. How afraid of death she must have been. I was truly shocked by the news.

I have stayed in contact with Jenn since her arrival in Ohio. We text almost daily and I call her every Saturday evening. I plan to continue this through her incarceration and her eventual return home. In my heart, I know Jenn is a kind and loving person that deserves to

know that she has friends and family that are concerned about her wellbeing, both physically and mentally.

I have no doubt that she has learned her lesson and will work towards becoming a productive member of society upon release.

Please don't hesitate to reach out if you have any questions that I can answer.

Very Respectfully,

Alex J. Grey

SSG, US Army (Retired)

Training Specialist, USDA, National Bio and Agro-defense Facility,

Manhattan, KS

[redacted]

DEFENDANT'S EXHIBIT 15A

Honorable Judge Edmund Sargus
C/O James Crates, Mitigation Specialist
[redacted]

Dear Judge Edmund Sargus,

My name is Nancy Jean Harris and I am a retired CPA who spent time working for an Independent CPA firm and then 20+ years with ExxonMobil. I am writing this letter to provide a character reference for my niece Jennifer Lynn Blake. I have known "Jenny" since she was first born. Jenny spent time visiting with me almost every spring break, Christmases, and several summer vacations while growing up. When she was a child, we took several family vacations together in the U.S. and out of country in Jamacia, the Bahamas, and Mexico. She & her mother, my sister Barbara Blake, and I were very close and I spent time in California with Jenny when she was a young adult and I was helping my sister go through chemo-therapy and stem cell transplant treatments for acute myeloid leukemia. Unfortunately, my sister (Jenny's mother) in a weakened condition, fell and had a severe brain bleed that left her in a complete coma for over 4 months. When she did revive, she was severely handicapped, on a ventilator, feeding tube, partially paralyzed and unable to walk, talk, or even see very well. She spent the last 6 -10 months of her life in an acute care facility or the hospital fighting constant bouts of phenomena. During that time Jenny traveled 30+ miles each way to visit her mother on a regular basis. It was a heartbreaking situation for the entire family. Eventually, my sister made it known that she wanted us to let her go and she was taken off the ventilator and passed. This was especially hard for Jenny as she was with her when they disconnected the ventilator.

Jenny has always shown a strong sense of responsibility and a tender heart towards animals and children. She helped to raise baby monkeys in the nursery at UC Davis Primate Center and was well known for her excellent work ethic and tender loving care. She brought more than one stray cat/dog into her home and adopted them.

Not wanting to saddle herself with student loans she might have difficulty paying back or being a financial burden to her family she worked her way through college and studied part-time for most of nine years before she finally graduated from U.C. Davis. When she did finally graduate, she was valedictorian of her class and delivered the commencement speech.

Jenny's life was profoundly affected by an aortic aneurism at a fairly young age. She **very nearly** died which left her heart in a weakened condition. She had to give up running her marathon races entirely and was told by doctors that she would **never** be able to carry a child of her own. (This was a psychological blow that I don't think she will ever fully recover from.) She has been under a heart doctor's care ever since and knew that she would have to undergo a very risky heart valve replacement operation eventually as her heart valve continued to weaken. To pile even more stress on her, while she was undergoing medical tests in preparation for the heart surgery her test results showed that she now has a brain tumor which will require a whole different set of tests and special doctors and extensive coordination between specialists before surgery of any kind can occur. As the time for the transplant rapidly approaches, I can only imagine how frightened she must have become and continues to be.

I was totally shocked by the news that she had been arrested for selling drugs. This was not in character for the Jenny I know and love. In my heart I truly believe that being terrified of the upcoming surgery and wanting to get the best specialist surgeon available was the motivating factor in her unwise and illegal decision to sell drugs on the internet. I am not surprised she choose the internet for this money-making endeavor as she would not have wanted to harm any children where she worked or anyone else. She has watched her older brother struggle with drug addiction in the past and would not have wanted to start anyone down that path. I image she rationalized her decision by thinking these were strangers who were already addicted anyway.

These are not excuses for her behavior but mitigating factors that I hope you will take into consideration as you deliberate her sentencing. I am sure she realizes her error in thinking now and regrets having engaged in this illegal activity and will not repeat this mistake again. In summary my opinion is that Jenny is a very intelligent, hard-working, productive member of society who loves people and animals, especially children and will not repeat this uncharacteristic and illegal behavior once released.

Respectfully,
Nancy Jean Harris
[redacted]

DEFENDANT'S EXHIBIT 15B

Honorable Judge Edmund Sargus
C/O James Crates, Mitigation Specialist
[redacted]

Dear Honorable Judge Edmund Sargus,"

I am writing on behalf of Jennifer Blake regarding the upcoming sentencing on this matter. My name is Laura Condel, and I worked with Jenn for 2 years from May 2017- July 2019 and have been in touch with her since her departure from Texas Biomedical Research Institute as a friend.

During her time at Texas Biomed, I had the opportunity to observe Jenn in a professional setting and have known her to be an excellent supervisor and leader of our Marmoset Animal Care and Technical team. She consistently demonstrated professionalism, dedication, and a strong commitment to the responsibilities entrusted in her. As a supervisor, Jenn was highly effective at managing team members and maintaining accountability daily. She set clear expectations, followed through on responsibilities, and worked diligently to ensure that tasks were completed properly and efficiently. Jenn's leadership contributed positively to both the performance of her team and the workplace environment. In addition to being a strong supervisor, Jenn showed respect toward coworkers and was someone others trusted and could rely upon for guidance and support. She approached challenges with a calm and professional attitude and strived to help others succeed.

Our personal connection began soon after she was employed at Texas Biomed when she shared her medical history of having Open Heart Surgery. I have a son that was born with Congenital Heart Defects and has had multiple heart surgeries. I leaned on Jenn's knowledge and experiences while trying to navigate this extremely challenging medical condition with my child. She was extremely helpful and caring to always make sure my family was supported during each exam, results and surgery even after she resigned from Texas Biomed. She was always checking in to see how we were doing. Being a parent of a heart child is extremely challenging, and I can't even imagine what that is like as an adult struggling with health insurance, stress, anxiety of the unknown and financial burden. I know she was close to requiring another Open Heart Surgery. Nobody will ever be able to understand the trauma and mental health unless you have had an unfortunate experience firsthand. It is always on one's mind of when the next emergency, hospital stay or surgery will be and how are we going to afford another visit and continue to pay the bills.

I understand the seriousness of the matter before the Court. However, based on my personal experience working alongside Jenn for 2 years and our friendship, I believe she possessed good character and has made meaningful contributions to people around her. I feel that the stress of her medical conditions and financial burden drove her to making a wrong pathway so that she will have to accept the consequences for her actions. She is holding herself accountable for making a poor decision and the impact it has on her family. Based on my personal knowledge, I believe she can be rehabilitated and make a positive impact on society.

I respectfully ask the Court to consider these observations when determining an appropriate sentence.

**Thank you for your consideration,**

Laura L Condel

Laura Condel, BS, ILAM, CMAR, RLATg
Resource and Procurement Manager
Texas Biomedical Research Institute, San Antonio, Texas
[redacted]

May 31, 2026

DEFENDANT'S EXHIBIT 16

Attn: Jim Crates
Mitigation Specialist
[redacted]

June 9, 2026

**Dear Honorable Judge Sargus,**

My name is Cindy Hamel, and I have been a third-grade teacher at Twin Oaks Elementary School for over 20 years. I am writing this letter on behalf of Jenn, whom I worked with for approximately three and a half years while she served as a school psychologist.

Throughout my career, I have worked with many school psychologists, and Jenn consistently stood out for her professionalism, compassion, and dedication to students. Whenever I had questions or concerns regarding a student, Jenn was always available to listen and offer thoughtful guidance. She treated both staff and students with respect and kindness and was highly regarded by those who worked alongside her.

One of Jenn's greatest strengths was her ability to listen. She took the time to understand the needs of students, families, and colleagues and approached every situation with empathy and care. She always respected my professional opinions and worked collaboratively with me to support students in the best possible way. It was clear that she genuinely cared about the well-being and success of every child she worked with.

In my experience, Jenn is a kind, compassionate, and empathetic person. She consistently demonstrated integrity, professionalism, and a sincere desire to help others. She was patient with students, supportive of teachers, and dedicated to finding solutions that would best serve children's needs.

When I learned about Jenn's current situation, I was genuinely shocked. Based on the person I came to know during the years we worked together, the circumstances seemed completely out of character.

While I understand the seriousness of the situation before the court, I believe it is important to consider the positive qualities Jenn has demonstrated throughout her life and career. She has made a meaningful difference in the lives of many students, families, and colleagues. Based on my personal and professional experiences with her, I know Jenn to be a caring individual who has dedicated herself to supporting and improving the lives of others.

Thank you for taking the time to consider my perspective and observations.

Sincerely,

**Cindy Hamel**
Third Grade Teacher - Twin Oaks Elementary School
[redacted]

DEFENDANT'S EXHIBIT 17

Saturday, June 6, 2026

To Whom it May Concern;

I am writing this letter in support of Jen Blake, our former school psychologist. We have worked together for several years and I've always found her to be seriously committed to the children she works with. Even when she had major health issues, she would show up and take care of them by assisting them in having better lives and making better choices about things.

When I learned about her guilty plea, I was extremely bewildered because this sounded nothing like the Jen Blake that I know, worked with, and trusted. I'm not sure why she made the decision she did, but I know that her heart is good and that she is an excellent example of a caring and loving individual.

I also believe that she learns from her mistakes. This I've learned after many, many conversations about life and the choices we make. She's an intelligent, caring person who I believe will grow and learn from her mistakes.

Please take all this into consideration when deciding on her sentencing. And, if you have any questions, please feel free to contact me.

Sincerely,
Patty Donnell
[redacted]

DEFENDANT'S EXHIBIT 18

Dear Honorable Judge Edmund Sargus,

My name is Carly Cornejo and I am writing this letter on behalf of Jennifer Blake. I have known Jennifer her entire life. I was eight years old when she was born, and as the best friend of her older sister Lisa, I grew up alongside their family in the same cul-de-sac. I spent time in their home most days of my childhood, often helping Lisa babysit Jennifer. You could say I had a front row seat to in inner workings of their home. Because of this lifelong connection, I have had the unique opportunity to watch Jennifer grow from baby into adult and have known her character better than most.

Throughout her life, Jennifer has consistently been kind, considerate, intelligent, funny, and easygoing. She has always treated others with respect and compassion and has been someone people naturally gravitate toward because of her warm personality and genuine concern for others.

Jennifer has also always been dedicated to both her education and her career. She was the first person in her family to earn a college degree, an accomplishment she worked incredibly hard to achieve. She continued her education by earning a master's degree and ultimately became a school psychologist, dedicating her professional life to helping children. Her commitment to serving others and improving the lives of young people has always reflected the person I have known her to be.

For these reasons, I was shocked and saddened when I learned of the charges against her. This seemed completely inconsistent with the character and values I have known Jennifer to possess throughout her life.

If I were to identify factors that may have contributed to the decisions that led to this situation, I believe they stem from an extraordinary series of personal hardships and traumatic events that accumulated over many years. In 2014, Jennifer suffered a life-threatening medical emergency when her ascending aorta dissected. She nearly lost her life. Surviving such a traumatic event would be difficult for anyone to process.
In the years that followed, Jennifer experienced additional devastating losses and challenges. Her mother passed away, she went through a divorce, she discovered a tumor in her brain, and she faced the reality that she would eventually need another major heart surgery to prevent another potentially fatal aortic dissection. During this same period, she also learned the identity of her biological father and was confronted with the painful realization that he had never wanted to be involved in her life.

While none of these circumstances excuse poor decisions, I believe it is important to understand the immense emotional, physical, and financial burdens Jennifer was carrying. From my perspective, she tried to shoulder these challenges alone. The stress of her health concerns, the uncertainty of her future, and the looming costs associated with major medical treatment created tremendous pressure. I believe that pressure ultimately contributed to a lapse in judgment and led her to become involved in conduct that she knew was wrong.

What I know with certainty is that Jennifer is not defined by these mistakes. The Jennifer I have known for her entire life is a caring, hardworking, and compassionate person who has dedicated herself to helping others. I believe she is deeply remorseful for her actions and fully understands the consequences of the choices she made.

I respectfully ask that the Court consider the totality of Jennifer's life, her many positive contributions, the significant hardships she has endured, and the person she has consistently demonstrated herself to be over the decades I have known her.

Thank you for your time and consideration.

Sincerely,

Carly Cornejo

DEFENDANT'S EXHIBIT 19

Honorable Judge Edmund Sargus
% James Crates, Mitigation Specialist
[redacted]

Dear Honorable Judge Edmund Sargus:

My name is Dani Masters and I am a School Psychologist in the Eugene School District who has worked with Jennifer Blake for three years. Not only is she a work colleague, I also consider her a dear friend. We worked together but also have spent personal time together. I am writing this letter in support of Jenn for your consideration of her sentencing.

Jenn is kind, thoughtful, funny, and has an energetic personality! She has supported me through challenging times including medical procedures of my own and is a strong advocate for children with disabilities and families. She loves her work and has strong motivation to make the best decisions for her students. She is a fierce defender of her students and takes measures to make sure they get the education they deserve to overcome their disabilities. Jenn has discussed continuing her work with children with disabilities upon her release.

I recall when Jenn found out about her medical needs. She has suffered from heart problems, but then she was told about a brain tumor for which she may have needed brain surgery. This is in addition to a second heart surgery. One, let alone two, of these procedures are difficult and frightening that can cause reasonable people to take desperate actions. I recall her fear and desperation upon hearing this news and having a conversation with her about whether insurance will cover the costs. We discussed various insurance/payment options, none of which were viable options to cover the extent of medical care she needs. Jenn was desperate and scared!

Her actions, while not acceptable, were completely out of character for Jenn! She does not have a criminal history prior to this offense and the shock of this news was astounding. I truly believe this was the result of her fear and desperation when facing extensive and expensive medical procedures. I also truly believe she has learned from this experience and will not reoffend. She has told me of positive steps to being a contributing member to society upon her release and has been open and honest of her offense. Jenn has indicated remorse, guilt, and embarrassment of her actions!

Thank you for your consideration!

Dani Masters
[redacted]

DEFENDANT'S EXHIBIT 20

June 4, 2026

Honorable Judge Edmund Sargus
C/O James Crates, Mitigation Specialist
[redacted]

Re: Character Reference for Jennifer Blake

Dear Honorable Judge Edmund Sargus:

I am honored to write this character reference letter for my sister, Jennifer Blake. I have had the privilege of knowing Jennifer her entire life, and I can confidently say that she is one of the most compassionate, caring, and selfless individuals I have ever known.

Jennifer has always been the type of person who puts others before herself. Whether a friend, family member, neighbor, or even a stranger is in need, she is the first person to offer support, encouragement, and help without expecting anything in return. Her kindness and genuine concern for others have made a lasting impact on everyone fortunate enough to know her.

One of Jennifer's greatest strengths is her dedication to helping people, especially children. This passion led her to pursue her education in child psychology. Becoming a child psychologist is not simply a career choice for Jennifer—it is a calling. She has always had a natural ability to connect with children, understand their needs, and provide them with the guidance and support they need to thrive. Her empathy, patience, and commitment to making a positive difference in the lives of others are truly remarkable.

Jennifer is dependable, responsible, and trustworthy. She consistently demonstrates strong moral character and integrity in both her personal and professional life. She is someone people can rely on during difficult times, and she approaches every situation with compassion, understanding, and respect.

I wholeheartedly believe so would be a asset to any community she is in ready to rededicate her life to helping others.

Please feel free to contact me if any additional information is needed.

Sincerely,

Joe Blake

DEFENDANT'S EXHIBIT 21

Honorable Judge Edmund Sargus,

My name is Hannah Stamp. I am a Special Education Teacher at Chavez Elementary. I worked along side Jenn for a little over a year. She was an incredible coworker. She was one of the first to welcome me and helped me with many hurdles from paperwork to navigating teacher relationships. Jenn became a quick friend, and someone who I know to be a genuinely solid human. She is a fierce advocate for the students she works with. She started a social group, something that is beyond her job duties, because she saw a need and wanted to support the students. She is thoughtful and intentional in her care for our school community. She has positive relationships with the staff and students in the school. On many occasions she told me one of her goals in life is to leave a positive impact. I fully believe that when she is back in society she will be making a positive impact on all who have the privilege of interacting with her. The charges against her do not reflect the kindhearted soul of Jenn, it reflects fear from the unknown about her medical standing. She reacted in a way that was not good, but I have full faith that she would never go back to any sort of crime when she is back in society.

Thank you for your consideration,

Hannah Stamp

DEFENDANT'S EXHIBIT 22

6/8/26

Honorable Judge Edmund Sargus,

My name is Angie Gee and I'm writing this letter as a character reference for Jenn Blake. I have worked in school settings for 25 years as school secretary and community outreach worker. I work with students and families ensuring they have basic needs covered so that the students are able to come to school and learn.

Jenn is a valued co-worker of mine and we have sat in many SST (Student Support Team) meetings together. In these meetings we discuss the "whole child". Meaning that the team explores all areas of social and emotional needs the child may have that is affecting their schooling and learning. Jenn's valued input and expertise helps change the trajectory of the student's learning experience. While I help with the families, Jenn helps with making sure that supports are in place in school. This could not happen without being on a team like this and being able to communicate and focus on the task at hand....Giving the student the best possible solution for support in school.

I know Jenn to be compassionate and empathetic in how she looks at the world. She respects the families we work with and what they may be going through. Kindness shows by not being judgmental.

I was very saddened to hear about the mess Jenn got herself into. This is so out of character for her and definitely took me by surprise! I do know that she had been dealing with a brain tumor and was looking at having, or may have already had minor brain surgery. That was a scary time for her when she was first diagnosed.

I don't doubt that when all of this is said and done, that she is able to be a productive member of society. She has a lot to offer with her compassion and caring in her psychology field of work.

Thank you for your consideration in the matter of Jenn. She truly is one of the kindest and caring humans I know and I wish her the best and hopefully be able to see her someday.

Angie Gee

[redacted]

DEFENDANT'S EXHIBIT 23

Honorable Judge Edmund Sargus,

I am writing this letter to help the court better understand the character of Jennifer Blake. I am a 26 year educator as a classroom teacher and a building administrator. I am currently a principal for a K-8 school in Eugene. I met Jennifer when I moved down from Seattle and stepped away from administration. I pushed back into the classroom as a special education teacher at the elementary level at Chavez elementary school. Jennifer was the school psychologist who I worked closely with every day. I served the most highly impacted students with significant behavioral challenges. Jennifer created strong connections with the students she supported and was an amazing asset to my program. Jenn and I worked together for two years at Chavez and continued our friendship after I left to become the principal at my current building. I am writing this letter for Jenn because I do believe in her as an educator and person who has had a positive impact on our schools and will continue to do so in our community.

Jennifer's position as a school psychologist involved communicating and working with students and families with identified or suspected disabilities. This is a historically marginalized population in our community and it takes a compassionate heart, high emotional intelligence and intellect to truly support them in our educational system. Jennifer was an amazing school psychologist at Chavez Elementary because she embodied all of these qualities. She created strong relationships with students as they would seek her out during the day for support or just to check in with her. She showed our most difficult and behaviorally challenged students compassion and care no matter how they showed up to school. Jennifer supported the families of the students I worked with and was always an approachable, kind and judgement-free contact for them. She explained the needs of their children using asset based language and took the time needed to make sure families understood the complex assessments and evaluation information. Jennifer showed the students, staff and community compassion, kindness, and support. I know that this is the true center of her character.

Jennifer has made a life changing mistake that I know she deeply regrets. I do believe in the positive strength of her character and that she is highly unlikely to violate the law again. I do believe that Jennifer is an asset to our society and that she will be a productive and useful member of our society again upon her release.

Thank you for considering the totality of Jennifer's character beyond her worst mistake.

Heather Hiatt

[redacted]

DEFENDANT'S EXHIBIT 24

Dear Honorable Judge Edmund Sargus,

I am writing to you at this time in support of my good friend Jennifer Blake (whom I call Jenny). My name is Sara Rodman Leal, and I am a mom of two daughters and married to their father who is very supportive. I am also a full time Registered Nurse at Marin Health Medical Center in the Medical-Surgical Unit. Jenny and I have known each other since we were about nine years old and have remained close friends since. I would say that I do know Jenny very well. I believe she is one if the most loving, passionate, and selfless people that I know. She is a very hard worker and dedicated to helping others. She is very fond of animals and has always adopted rescues. I remember her last dog Sunny; she had found him wandering on the side of the road in Las Vegas when she lived out there. It was very hot, and he is a chow mix with lots of thick fur. Jenny also worked at the Primate Center for U.C. Davis for years, she was very passionate about her work taking care of the primates there, especially the infants. I remember her receiving an award for employee of the year there one time.

She grew up in a nice neighborhood with a very strict Mother, but a good Mother. Jenny never got to know who her biological father was, and I know that left a deep void and longing for her that she still feels to this day. Her stepfather, who unfortunately had hidden drinking problems, touched her inappropriately when she was about 13 at the time. This caused strain in their relationship from someone she could trust, to someone

she did not feel safe with. She also tragically lost her mother in our mid 20's. The circumstances of her death resulting in her mother needing to be on life-support for the rest of her life, was a very difficult and a moral dilemma having to let her mother go. A few years after her mom's death, he developed Parkinson's and his symptoms quickly made it so that he needed 24-hour care, and the only option was for him to go to a skilled nursing facility. All of this caused strain and distance between some of her and her siblings.

Jenny had to deal with the strain of her family dynamics, along with her heart condition, and was still able to give a speech at her graduation Ceremony from UC Davis while graduating with honors. I think this shows great strength and dedication. She has attended multiple universities to get to where she is now and was now dealing with the fact that she has a brain tumor. She still has the heart condition that needs surgical treatment in order for her to have a chance at life. With all of this put in front of her, I think is what really pushed her over the edge. For her to do something so extreme, she must have thought her life is on the line. The constant stress of multiple medical bills, ambulance rides, emergency room visits, and appointments with specialists. With her living with very scary medical conditions that are still unresolved, I have a lot of fear around her ability to get the medical care she needs. I worry about the stress that being incarcerated is causing her, and the ability to get optimal nutrition.

I know that Jenny is determined to come back from this. She is completely ashamed of what she did, for what her family and friends are going through. Especially for everything

that her wife has had to endure through all of this. She is very strong and resilient and has

everyone's best interest in her heart. She is very well versed in psychology and knows the

importance of mental health, especially when it comes to children and those most

vulnerable. I am one hundred percent sure she will never ever do this again. I think this

was so totally out of character for Jenny to do. We were all in shock that this happened and

couldn't even beleive it was true at first until I spoke to her first in prison. Jenny apologizes

to me all the time, and how stupid she feels. I am so grateful for any consideration you put

into what I have told you. I talk to Jenny two to three times a week. It is good to hear her

voice and hear her talk about positive things she has planned. I know that she is a very

good person and does not want to cause any harm to anyone, ever. She has told me about

the self-reflecting she has done, and how grateful she is for any and every opportunity she

has to make a positive impact in our society. I know she wants to go back to school and do

what every she can while incarcerated to better herself.

Thank you for taking the time to read and consider my letter to

you Honorable Judge Sargus,

Sara Rodman Leal, RN, BSN

[redacted]

DEFENDANT'S EXHIBIT 25

June 2nd, 2026

Attn: Jim Crates
Mitigation Specialist
[redacted]

Your Honor Judge Sargus,

I am writing this letter to support Jennifer Blake. I have worked with Jennifer for the past 3+ years. While working with her, she has shown dedication to the support and learning of students with disabilities. She has the ability to help parents understand how any disability can affect how they perceive the world and learn in school. Jennifer supports teachers, parents and students in finding ways to change our environment, and the way we think and interact with all kids to support their learning. Although in the future, she will not be able to participate in this work, I don't believe it benefits anyone to put her behind bars for an extended period of time.

Jennifer has always been kind, supportive and a good friend to those who work with her or have become her friend. While doing all of this for others, she is also fighting against health concerns that can become very costly. I feel that, although her choices to make money were a choice with life changing consequences, I don't feel she should receive a sentence that could destroy the rest of her life. She has shown remorse around her decision, and should be given a second chance to make a better choice and life for herself.

Please consider giving Jennifer the least amount of time possible away from her friends and family, and give her a chance to show she will not make the same mistake again.

I thank you for this consideration,

Kaylea Gardner
[redacted]

DEFENDANT'S EXHIBIT 26

Dear Honorable Judge Edmund Sargus,

My name is Sandra Re'. I am a Special Education Teacher at Chavez Elementary school in Eugene Oregon the last 9 years. It is my pleasure to write this letter in support of my former co-worker, Jennifer Blake, in my hope it would provide her with a favorable outcome.

I met Jennifer in August 2022 when she was starting her first year as our District's school psychologist for Chavez Elementary school. Jenn was not only new to our district, but I felt new to the job. My impressions of Jenn when we began working so closely together were how bright, intelligent, inquisitive, and empathetic she is toward working with our staff, our students, and their families. She is very solution oriented and wants to give her best in any assessment to provide the most accurate information that allows us, the hands on professionals, the best foundation to plan and implement our services for each student to give the best outcomes. It truly was a very good professional relationship.

Aside from our working relationship, over time Jenn was comfortable in revealing to me more personal information about her life outside of work. I listened as she shared about her mother passing. How much she suffered with unhealthy relationships with some of her siblings and much better with her sister and niece. She shared her love of animals, a dog and 2 cats with health issues she felt she could relate to herself. Her break up with a partner shortly after arriving in Oregon. Her own health issues were growing and were significantly dangerous. Jenn was dealing with a lot of personal pain, confusion, loneliness, wondering if she belonged and if it mattered. She still continued to stay present and dedicated to her job, her animals, her family and friends, and her co-workers.

A time when Jenn was at her lowest point, discovering her heart issue was becoming a more imminent surgery, they discovered a tumor in her brain. She was truly devastated and concerned she would no longer be with us. She tried to stay positive and

trust in her doctors but felt very out of control of what would happen to her in the future, of it there was going to be a future. I believe this led her to make the decisions she made to make large amounts of money fast to take care of her partner, and herself if care was going to be needed. She would not likely have decided to do this crime if she felt secure in her outcomes and ability to solve the problem.

I know Jenn is a good person, with a good heart and generosity toward others, and doing the right thing. She is bright and intelligent. She is caring and kind. After working so closely with her, and sharing our personal lives with each other, I know she would not put herself back in this position in the future, but be grateful for the opportunity to build it back better.

Thank you for your consideration,

Sandra Re'
[redacted]

DEFENDANT'S EXHIBIT 27

Honorable Judge Edmund Sargus,

I am writing a letter of support for my former co-worker Jennifer Blake. I miss her a lot and wish her well in the future which I am hoping will get to be a time of repairing her world. Jenn, from the time I met her, has been a consistent and kind person for many people in our community. Even with her health issues that affected her in a significant way, as painful as all of that is, she never hesitated to show someone kindness and care. None of us are perfect and neither should we be identified as a bad/ruined person for our mistakes, especially if we are willing to be accountable for them, their consequences and making different choices as a result.
Please take into account the support and love that is given in each letter you read and allow the anecdotes and testimonies in support to balance with what will be decided for her future.

Thank you for your carefully considered attention,
Lara Beaston

[redacted]

DEFENDANT'S EXHIBIT 28

Attn: Jim Crates
Mitigation Specialist
[redacted]

June 9, 2026

Dear Honorable Judge Edmund Sargus,

My name is Della Thomas, and I have worked alongside Jen Blake in Eugene School District 4J for the last three years. As a school administrator, I depend heavily on the psychoeducational evaluations conducted by school psychologists to ensure that students with disabilities are properly identified and supported. Jen has been absolutely instrumental in this regard.

I have found Jen to be an articulate, compassionate, and perceptive professional who consistently prioritizes the needs of students with disabilities. Notably, she served as the school psychologist at a large elementary school in our district known for its high mobility rate and a large population of students from low socioeconomic backgrounds. Jen managed this demanding caseload with exceptional efficiency. Furthermore, she expertly connected families with outside agencies to provide comprehensive, wrap-around supports, always doing so while honoring cultural values and maintaining family dignity. .

Thank you for accepting this letter of recommendation on behalf of Jen Blake. She has made a lasting, positive impact on many students in our district, and their lives are truly enriched because of her dedication.

Sincerely,

Della W Thomas

Della W Thomas, Ed.D.
Student Service Administrator

DEFENDANT'S EXHIBIT 29

Attn: Jim Crates
Mitigation Specialist
[redacted]

June 8, 2026

Honorable Judge Edmund Sargus,

I am writing with regards to Jennifer Blake. My name is Tana Bailey, and I teach fourth grade at Twin Oaks Elementary in Eugene, Oregon. I met Jen in 2022, when she began working at the school as a psychologist. Before she arrived, our staff had a difficult time finding a psychologist who really cared about their work. It was a revolving door, so no one took the initiative to look at the needs of the students, and who might qualify for special services. She took her role as a tester very seriously, and did her best to make the students feel comfortable in a one-on-one setting. During the parent meetings, Jen did a very good job of explaining the various tests given, and what the results meant. She was knowledgeable and very thorough, which the staff appreciated.

During the three and one half years that I knew Jen, she was always professional. I knew of her struggles with her heart disease, and the fact that the insurance companies would not cover the expense. This caused her a great deal of stress, knowing that she could pass at any time without the surgery, and of feeling defeated by not being able to afford the surgery. I cannot speak with what clicked in her mind to begin the illegal path for money. My only thought is that it had to do with medical expenses, both for her heart and for her brain. For everyone around her, this was a huge surprise. Not once had I considered her a criminal. I trusted her with my students, and knew that they were well taken care of during the testing process.

My only hope from this tragedy is that there is some leniency shown to her. She is not a criminal by nature, and made a huge mistake. Locking her away for many years is not a good use of tax payers' money. She will serve her time that she deserves, and I only ask that it be for the minimum amount of time required by law.

Sincerely,

Tana Bailey

[redacted]

DEFENDANT'S EXHIBIT 30

To Whom It May Concern,

My name is Mariah Engle, and I am a kindergarten teacher with Eugene School District 4J. I am writing this letter in support of Jen Blake, whom I had the privilege of knowing both as a colleague and as a friend.I hope to offer insight into the person I came to know through years of working alongside her and witnessing the impact she had on countless students, families, and staff members.

As a school psychologist, Jen dedicated herself wholeheartedly to the well-being of children. In education, there are people who fulfill the requirements of their position, and there are people who go beyond what is expected because they genuinely care. Jen was one of those people. She consistently advocated for students who struggled to find their voice, for families navigating difficult circumstances, and for children whose needs often went unseen by others. She approached her work with compassion, patience, and an unwavering belief that every child deserved support, dignity, and the opportunity to succeed.

Throughout my time working with Jen, I witnessed her spend countless hours helping teachers problem-solve ways to better support students. She listened carefully, offered thoughtful guidance, and always centered her decisions on what would best serve the child. She was often the person staff members turned to during difficult situations because she brought both expertise and humanity to her work. Her presence made our school community stronger.

Beyond her professional contributions, Jen was an extraordinary friend and colleague. She showed up for people during life's hardest moments. She celebrated successes, offered encouragement during challenges, and extended kindness without expecting anything in return. She possessed a rare ability to make people feel heard, valued, and supported. The relationships she built were genuine and lasting.

Her absence has been deeply felt within our school community. There are some people whose contributions can be replaced by another employee filling a position, and then there are people whose impact leaves a lasting void because of the way they connected with others. Jen's absence has created that kind of void. Many of us continue to feel the loss of her presence, her advocacy, her wisdom, and her friendship.

I believe people are more than a bad decision they have made. The Jen I knew was a person who devoted her career to helping children, supporting families, and strengthening her community. She was compassionate, intelligent, dedicated, and deeply invested in the well-being of others. While I recognize the seriousness of the circumstances before the court, I hope her years of service, care, and positive impact on those around her will also be taken into consideration.

Thank you for taking the time to read this letter and consider my perspective.

Sincerely,

Mariah Engle
Kindergarten Teacher
Eugene School District 4J

DEFENDANT'S EXHIBIT 31

Honorable Judge Edmund Sargus
C/O James Crates, Mitigation Specialist
[redacted]

Dear Honorable Judge Edmund Sargus,

My name is Alicia Riddick, and I am writing on behalf of Jennifer Blake. I have known Jenn for 26 years and have come to know her as a thoughtful, intelligent, and caring person. I hope to provide the Court with perspective on her character beyond the circumstances of this case.

Throughout our friendship, Jenn has consistently shown compassion and concern for others. She has been a dependable source of support to friends and family, always willing to listen and help during difficult times. One example that stands out is when she wrote a letter of recommendation for my college application. Her encouragement and belief in my future left a lasting impression on me.

I understand that Jenn has been charged with a serious offense, and I do not seek to minimize its seriousness. Rather, I wish to share my belief that she is capable of accepting responsibility, learning from this experience, and making positive changes. Based on my longstanding relationship with her, I believe she has the capacity for meaningful rehabilitation and personal growth.

Jenn also has a strong support system. Along with her family, she has lifelong friends who remain committed to helping her through this process. We are prepared to support her, encourage accountability, and help her comply with any requirements imposed by the Court. This support will provide stability and guidance as she works toward rehabilitation.

For these reasons, I respectfully ask the Court to consider Jenny's character, her willingness to take responsibility, and the support available to her. I believe she can learn from her mistakes and continue making positive contributions to her family, friends, and community. Thank you for considering this perspective as you determine an appropriate outcome.

Thank you for your time and consideration.

Respectfully submitted,

Alicia Riddick

[redacted]

DEFENDANT'S EXHIBIT 32

Honorable Judge Edmund Sargus
C/O James Crates, Mitigation Specialist
[redacted]

Dear Honorable Judge Edmund Sargus,

I have known Jennifer Blake for 36 years. We met when we were four years old when my parents moved in next door to her family. She went by Jenny as a kid and I still catch myself calling her that even though she goes by Jenn now

We have seen each other off and on throughout the years since moving out and most coincidentally we both moved to Oregon at the same time and we're both working in SPED in the public school system.

Honestly, I was very shocked to hear about her crime and the evidence against her. It has taken some time to process this.

She has always been a sweet, kind, thoughtful friend. She has experienced some health stuff that was pretty scary.

I am taking the time to write you a letter because Jenn means a lot to me. She was my first friend and she is my longest friend. She has always been smarter than me even though she graduated later in life she gave her class commencement speech at UC Davis. She is a leader and I even though I was devastated to hear of this development in her life, I know she will turn it around to bring about further good.

She told me once that she loves animals and children which shows how big her heart is and how much she cares about the betterment of our world.

Thank you for your consideration in giving her a fair sentencing.

Sincerely,

Sarah Vidmar

[redacted]

DEFENDANT'S EXHIBIT 33

Honorable Judge Edmund Sargus
C/O James Crates, Mitigation Specialist

[redacted]

Dear Judge Edmund Sargus,

In regards to Jennifer Blake my Niece. I was not around for her younger years as I worked for the railroad and traveled a lot. We did however get together for Holidays and Birthdays.

I was able to spend more time when I retired with her as I moved to Las Vegas where she was going to UNLV. She helped me when I need rides to and from Doctors appointments and We got together more often. I know she has been through a lot of medical issues with her heart and recently possible a brain tumor. She has also been through a divorce and several relationships as well as losing her mother to leukemia and grandmother shortly after who she was very close too. Just recently remarried and trying to make ends meet buying a new home and relocating to Oregon. I believe she didn't intentionally try to hurt anyone and that she is very intelligent and has learned her lesson. She has always been a valuable member of this family and do hope she remains so. Thank you for your time sincerely.

Ron Wise